

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00122-CR

_____

ROY CLETDELL ROBINSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 25F0042-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Roy Robinson, a/k/a Roy Cletdell Robinson, Jr., pled guilty to evading arrest or detention with a previous conviction, a state jail felony. *See* TEX. PENAL CODE ANN. § 38.04(b)(1) (Supp.). The trial court sentenced Robinson to two years in a state jail facility, running concurrently with the sentence assessed in his companion case, but suspended the sentences in favor of placing Robinson on community supervision for five years.[1] The State later moved to revoke Robinson's community supervision, alleging that he violated several of its terms. After a hearing, the trial court revoked Robinson's community supervision.

Via a single, consolidated brief, Robinson challenges the sufficiency of the evidence supporting all grounds for revocation and alleges his due process rights were violated because the trial court "rel[ied] exclusively on hearsay testimony from a probation officer who lacked personal knowledge and without a business records affidavit."

We addressed Robinson's arguments in detail in our opinion addressing his appeal in appellate cause number 06-25-00121-CR, and we apply the same legal standard and analysis here as we did in his companion case.

We determine that the trial court did not err in revoking Robinson's community supervision. We likewise determine that Robinson failed to preserve error regarding his due process issue.

---

[1]In his companion appellate cause number 06-25-00121-CR, Robinson appeals his conviction for possession of less than one gram of cocaine. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(b) (Supp.).

We affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:     March 25, 2026
Date Decided:       April 24, 2026

Do Not Publish